UEBERWASSER v. HEEN et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Bernhard Ueberwasser against Sophia Heen and others. No opinion. Motion for stay granted, without costs.

UNION TRUST CO. OF NEW YORK v. DAY et al. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by the Union Trust Company of New York, as substituted administrator, etc., of Edward Warren Day, deceased, against Elbert H. Day and others. No opinion. Judgment affirmed, with costs to respondent, payable out of the estate, upon the authority of Matter of Robinson, 203 N. Y. 380, 96 N. E. 925, 37 L. R. A. (N. S.) 1023, Matter of Cunningham, 206 N. Y. 601, 100 N. E. 437, 43 L. R. A. (N. S.) 355, and Matter of Davis, 77 Misc. Rep. 72, 137 N. Y. Supp. 427, affirmed 156 App. Div. 911, 141 N. Y. Supp. 1115.

UNITED STATES TRUST CO., Respondent, v. DANIEL, Appellant. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by the United States Trust Company against Anna K. Daniel. No opinion. Order affirmed, without costs. Order filed. See, also, 148 N. Y. Supp. 669.

UNIVERSAL DISCOUNT CO. v. CORN EXCH. BANK. (Supreme Court, Appellate Division. First Department. July 10, 1914.) Action by the Universal Discount Company against the Corn Exchange Bank. No opinion. Application granted, upon defendant filing stipulation referred to in order. Order signed. See, also, 148 N. Y. Supp. 83.

In re VALENTINE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Henry C. Valentine. No opinion. Application granted. Order filed. See, also, 147 N. Y. Supp. 231.

In re VANDERLYN. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) In the matter of the application of Mary O. Vanderlyn for an order correcting the judgment docket of the county of Sullivan with reference to a judgment in favor of Max Kaplan against Sarah Nimkoff and others, trading as Hassin Bros. No opinion. Order affirmed, with $10 costs and disbursements.

VELLEMAN, Respondent, v. SIDNEY BLUMENTHAL & CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Abraham Velleman against Sidney Blumenthal & Co. E. Blumenthal, of New York City, for appellant. M. L. Schallek, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VIANGER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Rudolph Vianger against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re VON BRIESEN. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of the application of Arthur von Briesen. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VON ELTERLEIN, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Alexander Von Elterlein, Jr., an infant, etc., against the Board of Education of the City of New York. No opinion. Judgment unanimously affirmed, with costs.

VOSE, Appellant, v. CONKLING et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Flora L. Vose against Joseph C. Conkling individually and as administrator, etc., and others. J. B. Leavitt, of New York City, for appellant. A. H. Cumbers, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 158 App. Div. 925, 144 N. Y. Supp. 1149.

WAGNER v. MISHEL et al. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Louis Wagner against Morris Mishel and another. Judgment for plaintiff, and defendants appeal. Modified and affirmed. See, also, 148 N. Y. Supp. 1148. House, Grossman & Vorhaus, of New York City, for appellants. Henry Silverman, of New York City, for respondent.

PER CURIAM. In this action plaintiff has recovered a judgment for the sum of $62.50. The defendants have shown that the services charged for were not done in a workmanlike manner, to their damage of $25. The judgment in the lower court will therefore be modified, by reducing the same to the sum of $37.50, and, as modified, affirmed, without costs.

WAGNER v. MISHEL et al. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Louis Wagner against Morris Mishel and another. Judgment for plaintiff, and defendants appeal. Reversed, and complaint dismissed. See, also, 148 N. Y. Supp. 1148. House, Grossman & Vorhaus, of New York City, for appellants. Henry Silverman, of New York City, for respondent.

PER CURIAM. The testimony in this case shows that the workmanship upon the catalogues for the printing of which the plaintiff brought this action is of a most inferior quality, rendering them entirely unfit for the purposes for which the plaintiff knew that they were intended, and the testimony to that effect is fully confirmed by an examination of the specimens